**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

    vs.                            : CASE NO: CR-1-00-100
                                          : JUDGE WEBER

**JUAN ORTIZ,**

        **Defendant.**

**PLAINTIFF UNITED STATES OF AMERICA'S
MOTION TO REMIT FINE**

    Now comes Plaintiff, United States of America, and pursuant to 18 § 3573 of the Federal Rules of Criminal Procedure, moves this Court for an Order remitting Defendant's Fine due to the fact that the Defendant was deported to Mexico on April 7, 2006 as evidenced by a printout from the United States Immigration and Naturalization's Deportable Alien Control System attached hereto as "Exhibit A". Based upon this information, it is unlikely the United States will ever be in position to enforce collection of the unpaid fine ordered in this case.

                                                          Respectfully submitted,

                                                          GREGORY G. LOCKHART
                                                          United States Attorney

                                                          s/ Deborah F. Sanders
                                                         DEBORAH F. SANDERS (0043575)
                                                         Assistant United States Attorney
                                                         303 Marconi Blvd, Suite 200
                                                         Columbus, Ohio 43215
                                                         (614) 469-5715

N:\_ECF Workload\DSanders\Ortiz - MOT to remit.wpd