```
DAX2070              DACS CASE CLOSURE SUMMARY (CLOS)           DATE: 06/02/2006
                                                                TIME: 15:33:06

A-NUM: 078389680       LAST NAME: ORTIZ-OROZCO         CASE-CAT: 11
DCO: CHI               FIRST NAME: JUAN


DATE-DOCKET-CLEARED: 04/26/2006    DEPART-CLEARED-STAT: 6

TRANSFER-TO-DCO:            DATE-DOCKET-TRANSF:              FCO:

DATE-DEPARTED: 04/07/2006   PORT-DEPARTED: ELP    DEPART-CNTRY: MEXIC

FINAL-CHARGE: R2A3          EXPENSE-CODE: 1       CLOSED-BY: CHI9782A

       DATE-ENTERED: 07/06/2001    DATE-LAST-UPDATE: 04/26/2006

              PRINTER-ID IS NOW OPTIONAL. HOWEVER; IF YOU STILL WANT A
PRINTER-ID:   PRINTOUT OF THE CASE ON A CLOSE THEN USE PRINTER-ID.
              PF7 - DCO LIST FOR TRANSFERS

              COMMAND: CLOS    A-NUM: 078389680

UNAUTHORIZED DCO
```

